IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SARAH SMITH<br>Plaintiff,<br><br>v.<br><br>SJ MEDICAL CENTER, LLC<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:25-cv-00410<br><br>JURY |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, and local rule, Plaintiff Sarah Smith ("Plaintiff") files this Certificate of Interested Parties and states the following:

The undersigned, counsel of record for Plaintiff, certifies that, upon information and belief, the following is a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this litigation:

1.    Sarah Smith;
2.    SJ Medical Center, LLC;
3.    Each party's counsel of record.

Dated: February 18, 2025

Respectfully submitted,

THE VERDE LAW FIRM, PLLC

/s/ Joshua A. Verde
Joshua A. Verde
Attorney-In-Charge
State Bar No. 24077590
Fed. ID No. 1760723
Ashley B. Reilly
State Bar No. 24114999
Fed. ID No. 38442772
12012 Wickchester Ln, Suite 330
Houston, TX 77084
Phone: 713-909-4347
Fax: 713-588-2431
josh@verde-law.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

As of February 18, 2025, Defendant has not filed an answer and Plaintiff has no knowledge of the identity of Defendant's counsel. Upon Defendant filing an answer, Plaintiff will forward this document to Defendant.

/s/ Joshua A. Verde
Joshua A. Verde