IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SARAH SMITH §<br>Plaintiff, §<br>§<br>v. §<br>§<br>SJ MEDICAL CENTER, LLC d/b/a ST. §<br>JOSEPH MEDICAL CENTER §<br>Defendant. § | CIVIL ACTION NO. 4:25-cv-00410<br><br>JURY |

## **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

Plaintiff Sarah Smith respectfully requests entry of Default Judgment against Defendant SJ Medical Center, LLC d/b/a St. Joseph Medical Center pursuant to Fed. R. Civ. P. 55(b)(1). Defendant was served with summons on March 18, 2025 and has failed to answer. *See* ECF No. 8. Accordingly, the Plaintiff requests the clerk enter Default Judgment against Defendant.

Dated: April 14, 2025

Respectfully submitted,

THE VERDE LAW FIRM, PLLC

/s/ Joshua A. Verde
Joshua A. Verde
Attorney-In-Charge
State Bar No. 24077590
Fed. ID No. 1760723
12012 Wickchester Ln, Suite 330
Houston, TX 77079
Phone: 713-909-4347
Fax: 713-588-2431
josh@verde-law.com

ATTORNEYS FOR PLAINTIFF
SARAH SMITH