IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SARAH SMITH § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 4:25-cv-00410 |
| v. § | |
| § | JURY |
| SJ MEDICAL CENTER, LLC d/b/a ST. § | |
| JOSEPH MEDICAL CENTER § | |
| Defendant. § | |

## PROOF OF DELIVERY

The undersigned counsel of record for Plaintiff Sarah Smith provides the Court with proof of delivery of Plaintiff's Motion for Default [ECF No. 12]. The Motion and supporting documentation was delivered to Defendant via Certified U.S. Mail, Return Receipt Requested. *See* Exhibit 1.

Dated: May 13, 2025

                                                           Respectfully submitted,

                                                           THE VERDE LAW FIRM, PLLC

                                                           /s/ Joshua A. Verde
                                                           Joshua A. Verde
                                                           Attorney-In-Charge
                                                           State Bar No. 24077590
                                                           Fed. ID No. 1760723
                                                           12012 Wickchester Ln, Suite 330
                                                           Houston, TX 77079
                                                           Phone: 713-909-4347
                                                           Fax: 713-588-2431
                                                           josh@verde-law.com

                                                           ATTORNEYS FOR PLAINTIFF
                                                           SARAH SMITH

## **CERTIFICATE OF SERVICE**

I certify that a copy of this document along with any exhibits/attachments was served via certified U.S. Mail on May 13, 2025, to the following:

Attn: Legal
SJ Medical Center LLC dba
St. Joseph Medical Center
1401 St. Joseph Parkway
Houston, TX 77002


SJ Medical Center, LLC
C/O CT Corp. System
1999 Bryan St., Ste. 900
Dallas, TX 75201

/s/ Joshua A. Verde
Joshua A. Verde