# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SARAH SMITH,** | § | **CIVIL ACTION NO. 4:25-cv-00410** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **SJ MEDICAL CENTER, LLC d/b/a** | § | |
| **ST. JOSEPH MEDICAL CENTER,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>DECLARATION OF SARAH J. STILLWELL</u>

I, Sarah J. Stillwell, pursuant to 28 U.S.C. § 1746, do hereby swear and affirm under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am over 18 years of age and competent to testify in this matter. Based on my personal knowledge I would, if called to testify about the matters set forth herein, be able to do so.

2.      I am Corporate Human Resources Representative of the SHC Plan Administrator Trust (the "<u>Plan Trust</u>") at 2811 McKinney Ave, Suite 307, Dallas, Texas 75204.   The Plan Trust is the estate representative and successor in interest to defendant SJ Medical Center, LLC d/b/a, St. Joseph Medical Center ("<u>Defendant</u>").

3.      Previously, I held this same position at Steward Health Care System LLC ("<u>Steward</u>").  Therefore, I am knowledgeable about and familiar with Defendant's various human resources aspects, including payroll.

1

4.      As Corporate Human Resources Representative of Steward, I provided human resources advice and guidance to the hospitals and medical practices under the Steward corporate umbrella across several states, including SJ Medical Center, LLC ("SJ Medical Center") in Houston.  In my current role, I provide human resources support and guidance for the Plan Trust handling the wind down of the Steward bankruptcy estates.

5.      When Defendant operated the hospital, Defendant's payroll was processed through the Steward corporate office in Dallas, Texas.  I have reviewed payroll records for Plaintiff, who worked at SJ Medical Center in Houston.

6.      Defendant employed Plaintiff during the period it was operated by Defendant.  The last paycheck to Plaintiff in Defendant's payroll system was issued on or about October 18, 2024.  This was for the payroll period of September 29, 2024, through October 12, 2024, and was the last payroll processed by Steward for Defendant.  A true and correct copy of Plaintiff's last paycheck stub, redacted as necessary, is attached hereto as **Exhibit A**.

7.      After October 12, 2024, employees at the hospital became employees of Health Systems of America or an affiliate thereof ("HSA"), which assumed operation during a transition period from September 11, 2024 through October 30, 2024.  I worked on that transition, which involved, among other issues, transferring employees onto the HSA human resources system and HSA taking control of employee personnel files and records.

8.      After October 12, 2024, Plaintiff and any other employees working at SJ Medical Center, LLC became employees of HSA.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 27, 2026
Dallas, Texas

Sarah J. Stillwell
Corporate Human Resources Representative
SHC Plan Administrator Trust

3

**<u>Exhibit A</u>**



**SJ Medical**
1401 St. Joseph Parkway
Houston, TX 77002

Pay

TO THE
ORDER
OF

Sarah Ashley Smith

**Direct Deposit Only
Non-Negotiable**

| SJ Medical | | | 1401 St. Joseph Parkway | | Houston, TX 77002 | | |
|---|---|---|---|---|---|---|---|
| Sarah Ashley Smith | | | | | 9/29/2024-10/12/2024 PAY PERIOD | 10/18/2024 PAY DATE | |
| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMT | YEAR TO DATE |