United States District Court
Southern District of Texas
**ENTERED**
March 20, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Sarah Smith, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-410 |
| | § | |
| SJ Medical Center, LLC | § | |
| d/b/a St. Joseph Medical Center, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF ADOPTION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (docket no. 21) dated March 3, 2026, and no party having filed objections thereto, the Court is of the opinion that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant SHC Plan Administrator Trust acting as the estate representative and successor-in-interest to SJ Medical Center, LLC d/b/a St. Joseph Medical Center's Unopposed Motion to Set Aside Entry of Default (docket no. 18) is **GRANTED**.

It is further **ORDERED** that Plaintiff Sara Smith's Motion for Default Judgment (docket no. 12) is **DENIED AS MOOT**.

**SIGNED** at Houston, Texas, on this the 20th day of March, 2026.

_____

**SIM LAKE**
SENIOR UNITED STATES DISTRICT JUDGE