IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SARAH SMITH<br>Plaintiff,<br><br>v.<br><br>SJ MEDICAL CENTER, LLC d/b/a ST.<br>JOSEPH MEDICAL CENTER and<br>HEALTHCARE SYSTEMS OF<br>AMERICA<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:25-cv-00410<br><br>JURY |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Plaintiff Sarah Smith respectfully requests entry of Default Judgment ***by the Clerk*** against Defendant HEALTHCARE SYSTEMS OF AMERICA ("HCA") pursuant to Fed. R. Civ. P. 55(b)(1). Defendant HCA was served with summons and the complaint on March 9, 2026 and has failed to answer. *See* ECF No. 24. Accordingly, the Plaintiff requests the clerk enter Default Judgment against Defendant HEALTHCARE SYSTEMS OF AMERICA.

Defendant SJ MEDICAL CENTER, LLC d/b/a ST. JOSEPH MEDICAL CENTER answered and is <u>not</u> subject to this request for entry of default.

An affidavit in support of damages and recoverable attorneys' fees was previously filed. *See* ECF Nos. 12-1 and 12-2.

Accordingly, Plaintiff respectfully requests the Clerk enter default judgment against Defendant HCA and enter judgment for the following:

1.    **$38,312.16** as statutory economic damages under the FMLA, 29 U.S.C. § 2617(a)(1)(A)(i)(I).

2.    **$38,312.16** as liquidated damages under the FMLA, 29 U.S.C. § 2617(a)(1)(A)(iii).

3.    **$5,628.49** for Plaintiff's reasonable attorneys' fees and costs. 29 U.S.C. § 2617(a)(3).

4.    Post-judgment interest on the damages award at the statutory rate of 3.95% per annum. 29 U.S.C. § 1961; 29 U.S.C. § 2617(a)(1)(A)(ii).

Dated: April 13, 2026

Respectfully submitted,

THE VERDE LAW FIRM, PLLC

/s/ Joshua A. Verde
Joshua A. Verde
Attorney-In-Charge
State Bar No. 24077590
Fed. ID No. 1760723
12012 Wickchester Ln, Suite 330
Houston, TX 77079
Phone: 713-909-4347
Fax: 713-588-2431
josh@verde-law.com

ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing was served on the parties/counsel listed below via the Court's CM/ECF system.

/s/ Joshua A. Verde
Joshua A. Verde

Demetra Liggins
Dairanetta S. Spain
Texas Tower
845 Texas Ave
24th Floor
Houston, TX 77002
Telephone: (713) 571-9191
Facsimile: (713) 571-9652
Email: dliggins@mcguirewoods.com
dspain@mcguirewoods.com

-and-

Aaron G. McCollough
Joseph A. Florczak
Jory Berg
77 West Wacker Drive Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 849-8100
Facsimile: (312) 849-3690
Email: amccollough@mcguirewoods.com
jflorczak@mcguirewoods.com
jberg@mcguirewoods.com

**Attorneys for Non-Defaulting Defendant**
**SJ MEDICAL CENTER, LLC d/b/a ST. JOSEPH MEDICAL CENTER**

Page **3** of **3**