UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Sarah Smith, § | |
| § | |
| § | |
| *Plaintiff,* § | |
| § | Civil Action No. 4:25-cv-00410 |
| v. § | |
| § | |
| SJ Medical Center, LLC, et al., § | |
| § | |
| *Defendants.* § | |
| § | |

## **MINUTES FROM STATUS CONFERENCE**

On May 13, 2026, the Court held a hearing to address Plaintiff Sarah Smith's request for entry of default (Dkt. 27) against Defendant Healthcare Systems of America and its efforts to identify the correct defendant for her claims. The Court explained that further information is necessary before default could be entered against Healthcare Systems of America.

Smith indicated that she served limited discovery to help her determine who the correct defendant is. She also proposed exchanging limited information enabling her to contact Healthcare Systems of America's counsel. Defendant SHC Plan Administrator Trust, successor to SJ Medical Center, LLC, did not oppose this suggestion.

The Court also set a schedule for the case.  A scheduling order reflecting those deadlines will be filed separately.  Smith's counsel will file a status report in two weeks updating the Court about his progress in obtaining the information necessary to confirm the identify of and service address for the proper defendant.

Signed on May 13, 2026, at Houston, Texas.

Yvonne Y. Ho
United States Magistrate Judge