United States District Court
Southern District of Texas
**ENTERED**
May 14, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Sarah Smith, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 4:25-cv-00410 |
| v. | § | |
| | § | |
| SJ Medical Center, LLC, et al., | § | |
| | § | |
| *Defendants*. | § | |

**DOCKET CONTROL ORDER**

| | | |
|---|---|---|
| 1. | June 15, 2026 | **MOTIONS TO AMEND PLEADINGS** |
| 2. | June 15, 2026 | **MOTIONS TO ADD NEW PARTIES** The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties. |
| 3a. | December 14, 2026 | **EXPERT DEADLINES** Identification of experts by the party with the burden of proof on the issue and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). Attorney's fee experts and reports may be included in the Joint Pretrial Order. |
| 3b. | January 15, 2027 | Identification of responsive experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). Attorney's fee experts and reports may be included in the Joint Pretrial Order. |
| 4. | February 16, 2027 | **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline |

| | | | |
|---|---|---|---|
| | | | that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. |
| 5. | N/A | | **LIMITS ON DISCOVERY** |
| 6. | February 19, 2027 | | **MEDIATION or SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE**<br>Dispositive motions will be due thirty (30) days after the mediator or magistrate judge declares an impasse. |
| 7. | March 12, 2027 | | **DISPOSITIVE MOTIONS** |
| 8. | May 11, 2027 | | **ALL OTHER PRETRIAL MOTIONS** including motions in limine |
| 9. | June 4, 2027 | | **JOINT PRETRIAL ORDER**<br>Plaintiff is responsible for timely filing the complete joint pretrial order. The court will not accept separate versions of the pretrial order. |
| 10. | June 11, 2027 | | **DOCKET CALL**<br>2:30 P.M. in Courtroom 9B. No instrument filed within three days of docket call will be considered. All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed. |

The Clerk shall enter this Order and provide a copy to all parties.

Signed on May 13, 2026, at Houston, Texas.

Yvonne Y. Ho
United States Magistrate Judge