N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Sarah Smith, | § | |
| | § | CIVIL ACTION NO. 4:25-cv-00410 |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| SJ Medical Center, LLC, et al., | § | |
| | § | |
| **Defendants.** | § | |

## HEALTHCARE SYSTEMS OF AMERICA'S MOTION TO DISMISS

Defendant Healthcare Systems of America ("HSA"), by and through the undersigned counsel, files this Motion to Dismiss ("Motion"), and respectfully shows as follows:

## I.    INTRODUCTION

Apparently Plaintiff determined that is sued the wrong party, a predecessor owner of the St. Joseph Medical Center, for alleged FMLA violations, then added HSA as a defendant. HSA also is not a correct defendant. HSA is not the subsequent owner of the St. Joseph Medical Center.

## II.    FACTS

The owner of the St. Joseph Medical used to be SJ Medical Center, LLC, a Texas limited liability company d/b/a St. Joseph Medical Center ("SJ Medical Center"). SJ Medical Center filed for bankruptcy protection, and its hospital assets

were sold to HSA St Joseph LLC, a Texas limited liability company as shown in Document 3046 in the bankruptcy case[1] titled Order (I) Authorizing And Approving (A) The Sale Of St. Joseph Medical Center, Medical Center Of Southeast Texas, and South Florida Hospitals Free And Clear Of Liean, Claims, Encumbrances, And Interests, And (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; and (II) Granting Related Relief (the "Sale Order").

New defendant HSA, a Nevada corporation, is not the buyer of the St. Joseph Medical Center.  HSA St Joseph LLC, a Texas limited liability company is the buyer.

Plaintiff was aware of the Sale Order before suing defendant HSA, a Nevada corporation, because the Sale Order is discussed and referenced in Document 17 in this case titled Objection Of The SHC Plan Administrator Trust To The Magistrate Judge's Report And Recommendation. Doc. 17 at pp. 2-3. That pleading also gave the cite to the Sale Order, *i.e.* https://restructuring.ra.kroll.com/steward/Home-DocketInfo where a search of "3046" leads one directly to the Sale Order.

Plaintiff has sued the wrong entity.

### III.    ARGUMENT

---

[1] In re Steward Health Care System LLC, et al., Case No. 24-90213 (jointly administered), in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

Rule 12(b)(6) is a proper vehicle for asserting that a plaintiff has sued the wrong party. *Johnson v. Harrah's Casino*, 2017 U.S. Dist LEXIS 4670 *2 (E.D. La. 2017). The court should dismiss a defendant under Rule 12(b)(6) where the facts show that defendant was not the party that committed the alleged wrong. *Moskovits v. Mercedes-Benz Fin. Servs. USA, LLC*, 2022 U.S.Dist LEXIS 157983 *; 2022 WL 3969547 (S.D. Tex. 2022).

Plaintiff has sued the wrong party. Defendant Healthcare Systems of America, a Nevada corporation, should be dismissed from this case.

## IV.   CONCLUSION

Because Healthcare Systems of America, a Nevada corporation, did not buy the St. Joseph Medical Center and did not become Plaintiff's employer, Healthcare Systems of America, a Nevada corporation, should be dismissed from this case and granted other relief to which it is entitled.

Respectfully submitted,

ROSS SPENCE, P.C.

By:   */s/ Ross Spence*

Ross Spence
State Bar No. 18918400
4582 Elm St.
Bellaire, TX 77401
Telephone: (713) 201-0878
E-mail: ross@rossspence.com

**ATTORNEY   FOR   HEALTHCARE
SYSTEMS OF AMERICA**

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that a true and correct copy of the foregoing instrument was served upon all parties or their attorneys pursuant to the Federal Rules of Civil Procedure on this the 19th day of June, 2026.

*/s/ Ross Spence*
Ross Spence