United States District Court
Southern District of Texas

**ENTERED**

June 22, 2026

Nathan Ochsner, Clerk

IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| Sarah Smith, | § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| | | Civil Action No. 4:25-cv-000410 |
| v. | | |
| SJ Medical Center, LLC, et al., | | |
| *Defendants.* | | |

## ORDER STRIKING MOTION

On June 19, 2026, Defendant Healthcare Systems of America ("HSA") filed a motion to dismiss. Dkt. 32. The document is deficient because it lacks a certificate of conference. *See* Judge Ho's Court Procedures § 5(d)(5)(i). A proper conference is especially merited here because the motion claims that Plaintiff has once again sued the wrong entity, despite having filed this suit nearly five months ago and conducting limited discovery to identify the correct Defendant. *See* Dkt. 32 at 1. It is difficult to imagine why such a basic issue was not already resolved before the live pleading was filed, given counsel's obligation to reasonably investigate those facts. *See* Fed. R. Civ. P. 11.

It is therefore **ORDERED** that HSA's motion to dismiss is **STRICKEN** from the record. If, after conferral, Plaintiff wishes to maintain its claims against HSA, HSA will have until **June 29, 2026** to file a compliant version of

the motion to dismiss.  Otherwise, Plaintiff must file a new amended complaint by **July 1, 2026** that eliminates any mistakenly included defendant.

Signed on June 22, 2026, at Houston, Texas.

Yvonne Y. Ho
United States Magistrate Judge