# EXHIBIT 1

## Joshua A. Verde

| | |
|---|---|
| **From:** | Ross Spence <ross@rossspence.com> |
| **Sent:** | Monday, June 22, 2026 11:08 AM |
| **To:** | Joshua A. Verde |
| **Cc:** | aghafoor@hsahospitals.com; fgill@amhealthsystems.com |
| **Subject:** | RE: HSA lawsuit - motion for default judgment |

I don't represent HSA St Joseph LLC, so you can't assume anything. Pertinent to the Court's order at docket 33, I am now conferring with you on whether Plaintiff wishes to maintain its claims against Healthcare Systems of America ("HSA"). Please let me know right away.

Thanks,

Ross Spence
ROSS SPENCE, P.C.
4582 Elm
Bellaire, TX 77401
Direct: (713) 201-0878
Email: ross@rossspence.com

**From:** Joshua A. Verde <josh@verde-law.com>
**Sent:** Monday, June 22, 2026 11:01 AM
**To:** Ross Spence <ross@rossspence.com>
**Cc:** aghafoor@hsahospitals.com; fgill@amhealthsystems.com
**Subject:** RE: HSA lawsuit - motion for default judgment

Hi Ross,

Given the court's recent order striking your motion to dismiss I am going to amend the complaint to add "HSA St Joseph LLC" – please answer the following so we can avoid any further roadblocks:

1. Do you represent HSA St Joseph LLC?
2. Was HSA St Joseph LLC Ms. Smith's employer after SJ Medical sold?

I will assume the answer to both questions is "yes" unless I hear otherwise.

Thanks,
Josh

## Joshua A. Verde | Managing Member



**THE VERDE LAW FIRM, PLLC**
**12012 Wickchester Lane, Suite 330**
**Houston, TX 77079**
713.909.4347 (Office)
713.588.2431 (Fax)

PRIVILEGED / CONFIDENTIAL: This email and any documents, files or previous email messages attached to it may contain information that is confidential or subject to attorney-client privilege and is for the sole use of the intended recipient(s).

NOTICE: Nothing in this email should be construed as to create an attorney-client relationship.

**If you have a time sensitive matter, please call, as email response may be delayed.**

---

**From:** Ross Spence <ross@rossspence.com>
**Sent:** Friday, May 22, 2026 2:08 PM
**To:** Joshua A. Verde <josh@verde-law.com>
**Cc:** aghafoor@hsahospitals.com; fgill@amhealthsystems.com
**Subject:** RE: HSA lawsuit - motion for default judgment

Joshua,

Thank you for confirming a 30-days-from-today extension of time for Healthcare Systems of America to respond to the second amended complaint and that you won't seek default judgment against my client in the meantime.

Ross Spence
ROSS SPENCE, P.C.
4582 Elm
Bellaire, TX 77401
Direct: (713) 201-0878
Email: ross@rossspence.com

---

**From:** Joshua A. Verde <josh@verde-law.com>
**Sent:** Thursday, May 21, 2026 11:11 PM
**To:** Ross Spence <ross@rossspence.com>
**Cc:** aghafoor@hsahospitals.com; fgill@amhealthsystems.com
**Subject:** HSA lawsuit - motion for default judgment
**Importance:** High

Hello,

I am trying to reach counsel for Healthcare Systems of America – a defendant in the attached lawsuit pending the Southern District of Texas. They were served with summons (see attached) and defaulted. Counsel for SJ Medical

2

Center indicated you may have a contact at HSA who can direct this important matter to the right person's attention.

Thanks,
Josh

**Joshua A. Verde | Managing Member**



**THE VERDE LAW FIRM, PLLC**
**12012 Wickchester Lane, Suite 330**
**Houston, TX 77079**
713.909.4347 (Office)
713.588.2431 (Fax)

PRIVILEGED / CONFIDENTIAL: This email and any documents, files or previous email messages attached to it may contain information that is confidential or subject to attorney-client privilege and is for the sole use of the intended recipient(s).

NOTICE: Nothing in this email should be construed as to create an attorney-client relationship.

**If you have a time sensitive matter, please call, as email response may be delayed.**