**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SARAH SMITH,** | § | **CIVIL ACTION NO. 4:25-cv-00410** |
| **Plaintiff,** | § | |
| | § | **Judge Sim Lake** |
| **v.** | § | **Magistrate Judge Yvonne Y Ho** |
| **SJ MEDICAL CENTER, LLC, et al.,** | § | |
| **Defendants.** | § | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO**
**THE SHC PLAN ADMINISTRATOR TRUST ONLY**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Sarah Smith and the SHC Plan Administrator Trust (the "Plan Trust"), as estate representative and successor in interest to defendant SJ Medical Center, LLC d/b/a, St. Joseph Medical Center ("Defendant" or "Steward"), as debtor in the jointly administered bankruptcy cases of *In re Steward Health Care System LLC, et al.*, Case No. 24-90213 (CML), by and through the undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed without prejudice as to the Plan Trust only. Each party shall bear their own costs and attorneys' fees.

Dated: September 10, 2026

| | |
|---|---|
| **THE VERDE LAW FIRM, PLLC** | **MCGUIREWOODS LLP** |
| /s/ *Joshua A. Verde* by permission | /s/ *Demetra Liggins* |
| Joshua A. Verde<br>Attorney-In-Charge<br>State Bar No. 24077590<br>Fed. ID No. 1760723 | Demetra Liggins<br>Attorney-in-Charge<br>State Bar No. 24026844<br>Dairanetta S. Spain |



227357629_3

12012 Wickchester Ln, Suite 330
Houston, TX 77079
Phone: 713-909-4347
Fax: 713-588-2431
josh@verde-law.com

*Attorneys For Plaintiff Sarah Smith*

State Bar No. 24147319
Texas Tower
845 Texas Ave
24th Floor
Houston, TX 77002
Telephone: (713) 571-9191
Facsimile: (713) 571-9652
Email: dliggins@mcguirewoods.com
dspain@mcguirewoods.com

-and-

Aaron G. McCollough
Joseph A. Florczak
Jory Berg
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 849-8100
Facsimile: (312) 849-3690
Email: amccollough@mcguirewoods.com
jflorczak@mcguirewoods.com
jberg@mcguirewoods.com

*Counsel for the SHC Plan Administrator Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, a true and correct copy of the foregoing was served on all parties entitled to service via this Court's ECF/CMF system.

/s/ *Demetra Liggins*
Demetra Liggins